# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

### CHARLESTON DIVISION

ROGER PRINGLE,

                    Petitioner,

v.                                       CIVIL ACTION NO. 2:16-cv-12089

THE LAND OFFICE OF RECORDS,

                    Respondent.


### MEMORANDUM OPINION AND ORDER

Pending before the Court are Petitioner's Motion to Petition for Land or Lot Number of Clay County, West Virginia (ECF No. 1) and his Motion to Petition for Assessment Work (ECF No. 2). By Standing Order entered January 4, 2016, and filed in this case on December 13, 2016, this action was referred to United States Magistrate Judge Dwane L. Tinsley for submission of proposed findings and a recommendation (PF&R). Magistrate Judge Tinsley filed his PF&R (ECF No. 5) on December 22, 2016, recommending that this Court **DENY** Petitioner's Motions and **DISMISS** this action from the Court's docket.

The Court is not required to review, under a *de novo* or any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the findings or recommendation to which no objections are addressed. *Thomas v. Arn*, 474 U.S. 140, 150 (1985). Failure to file timely objections constitutes a waiver of *de novo* review and the Petitioner's right to appeal this Court's Order. 28 U.S.C. § 636(b)(1); *see also Snyder v. Ridenour*, 889 F.2d 1363, 1366 (4th Cir. 1989); *United States v. Schronce*, 727 F.2d 91, 94 (4th Cir. 1984). In addition, this Court need

not conduct a *de novo* review when a party "makes general and conclusory objections that do not direct the Court to a specific error in the magistrate's proposed findings and recommendations." *Orpiano v. Johnson*, 687 F.2d 44, 47 (4th Cir. 1982). Objections to the PF&R in this case were due on January 9, 2017. To date, no objections have been filed.

Accordingly, the Court **ADOPTS** the PF&R (ECF No. 5), **DENIES** Petitioner's Motion to Petition for Land or Lot Number of Clay County, West Virginia (ECF No. 1), **DENIES** Petitioner's Motion to Petition for Assessment Work (ECF No. 2), and **DISMISSES** this action from the Court's docket.

**IT IS SO ORDERED**.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER: April 10, 2017

THOMAS E. JOHNSTON
UNITED STATES DISTRICT JUDGE